# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| William Mercadante,<br>    Plaintiff<br><br>v.<br><br>Capital One Bank,<br>    Defendant | Docket 3:18-cv-00735-JMM<br><br>(JUDGE JAMES M. MUNLEY)<br><br><br>FILED ELECTRONICALLY |

## NOTICE OF SETTLEMENT

The parties have reached a settlement in this matter, which they expect will be completed within 60 days. Defendant concurs with the filing of this notice.

                                      *s/ Brett Freeman*
                                      Brett Freeman
                                      Bar Number: PA 308834
                                      Sabatini Freeman, LLC
                                      216 N. Blakely St.
                                      Dunmore, PA  18512
                                      Attorney for Plaintiff
                                      Phone (570) 341-9000
                                      Fax (570) 504-2769
                                      Email bfecf@sabatinilawfirm.com

## CERTIFICATE OF SERVICE

Service is being effectuated via the CM/ECF system.

                                      *s/ Brett Freeman*
                                      Brett Freeman