## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM MERCADANTE,**<br>**Plaintiff** | No. 3:18cv735 |
| | (Judge Munley) |
| v. | |
| **CAPITAL ONE BANK,**<br>**Defendant** | |

## ORDER OF DISMISSAL

Upon notice to the Court by counsel that this case is settled, (Doc. 16), it is hereby ordered that this case is dismissed without costs. The parties have sixty thirty (60) days in which to consummate the settlement.

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
United States District Court

Date: 1/9/19